[No. 32719-1-III.   Division Three.   May 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NOLAND ASHLEY DOMINGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00625-4, Evan E. Sperline, J., entered August 19, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34973-0-III.   Division Three.   May 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LA'JUANTA LE'VEAR CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00435-8, Jeanette Dalton, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 43167-0-II.   Division Two.   May 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES V. FARNSWORTH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04643-5, Garold E. Johnson, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Johanson, JJ.

[No. 48619-9-II.   Division Two.   May 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LEE CAMERON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-01143-0, Daniel L. Stahnke, J., entered January 20, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.